IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00846-RPM-BNB

CAROL MCCABE,

Plaintiff,

v.

CHRISTOPHER CAMPOS,

Defendant.
_____

**ORDER**
_____

This matter was set for a scheduling conference on December 12, 2005. Prior to that conference, the plaintiff filed a status report stating that the defendant, who apparently resides in Venezuela, has not been served with a summons and the complaint. At the status conference, plaintiff's counsel stated that he is pursuing all available means to make service of process, but that such service is unlikely to be effected for approximately 90 days. Accordingly,

IT IS ORDERED that the plaintiff shall file a status report on **April 3, 2006**, and quarterly thereafter indicating whether the defendant has been served and, if not, the status of the plaintiff's efforts to make service.

IT IS FURTHER ORDERED that the plaintiff shall notify the court within 10 days of achieving service of process on the defendant.

Dated December 13, 2005.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge