IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00846-RPM-BNB

CAROL McCABE, and
JONATHAN McCABE,

Plaintiff,

v.

CHRISTOPHER CAMPOS,

Defendant.
_____

**ORDER**
_____

This matter was set for a scheduling conference on May 31, 2007. At the conference, plaintiffs' counsel appeared, but no one appeared for the defendant. I am informed that service of the original complaint was made on the defendant; he has not responded; and he is in default, although no entry of default has been made. The plaintiffs are in the process of serving their amended complaint, but that service is complicated by the fact that the defendant apparently resides in Venezuela. Accordingly,

IT IS ORDERED that the plaintiff shall file a status report on **July 1, 2007**, and quarterly thereafter indicating whether the defendant has been served with the amended complaint and, if not, the status of the plaintiffs' efforts to make service.

IT IS FURTHER ORDERED that the plaintiffs shall notify the court within 10 days of achieving service of the amended complaint on the defendant.

Dated May 31, 2007.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge