IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

**Civil Action No.** 05-cv-00846-RPM-BNB          FTR BNB Geneva D. Mattei
**Date:** December 19, 2007                        COURTROOM A-401

---

CAROL McCABE,                                      John Astuno, Jr.
And JONATHAN McCABE,                               Bob Bingle

                    Plaintiffs,

v.

Christopher Campos,

                    Defendant.

---

## COURTROOM MINUTES

---

**EVIDENTIARY HEARING**

Court in Session:          2:58 p.m.

Court calls case.

Appearances of Counsel.

Evidence is offered regarding motion for default judgment on behalf of Plaintiff Carol McCabe [docket no. 28, filed July 24, 2007] and Plaintiff Carol McCabe's motion for default judgment against defendant [docket no. 29, filed September 10, 2007].

          Witness is sworn. Direct examination of the plaintiff Carol McCabe.

          Witness is sworn. Direct examination of Jonathan McCabe.

Plaintiff offers exhibits 1 through 18.

Exhibits 1 through 18 are admitted.

Plaintiff rests

**ORDERED:** **Motion for default judgment on behalf of Plaintiff Carol McCabe [docket no. 28, filed July 24, 2007] and Plaintiff Carol McCabe's motion for default judgment against defendant [docket no. 29, filed September 10, 2007] is TAKEN UNDER ADVISEMENT, as stated in record. The court will issue a Recommendation.**

Court in Recess:     4:11 p.m.  Hearing concluded.

Total time in court:   01:13