IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00846-RPM-BNB

CAROL McCABE and
JONATHAN McCABE,

    Plaintiffs,

v.

CHRISTOPHER CAMPOS,

    Defendant.

---

## ORDER FOR ENTRY OF JUDGMENT

---

Pursuant to the Recommendation of United States Magistrate Judge Boyd N. Boland, filed February 6, 2008, after an evidentiary hearing on the claim of Carol McCabe against the defendant Christopher Campos, the Court finds and concludes in accordance with the findings and conclusions of Magistrate Judge Boland, incorporated by this reference, and it is therefore

ORDERED that the Clerk shall enter judgment in favor of the plaintiff Carol McCabe and against the defendant Christopher Camps in the amount of $1,505,245.63.

Dated: February 28th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge