IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00846-RPM-BNB

CAROL McCABE and
JONATHAN McCABE,

    Plaintiffs,

v.

CHRISTOPHER CAMPOS,

    Defendant.

---

ORDER OF DISMISSAL AS TO JONATHAN McCABE

---

An amended complaint was filed in this matter on January 11, 2007, including a claim for relief on behalf of Jonathan McCabe for loss of consortium. The amended complaint has never been served on the defendant. According to periodic status reports, filed with the court, the defendant has still not been served with the amended complaint. He was served with the original complaint in which Carol McCabe made her claim and a default judgment has now been entered on her behalf. There has been more than an adequate opportunity to serve the defendant with the amended complaint and the failure to do so warrants dismissal of the second claim in the amended complaint, without prejudice. It is therefore

ORDERED that the claim of Jonathan McCabe for loss of consortium alleged in the second claim for relief in the amended complaint filed January 11, 2007, is dismissed without prejudice.

Dated: February 28th, 2008

                        BY THE COURT:
                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge